PHILLIPS, A MINOR, APPELLEE, *v.* MERCY HOSPITAL ASSN., APPELLANT.

(No. 38999—Decided April 7, 1965.)

*Messrs. Thom, Wolf, Allen, Swan & Kodak* and *Mr. Robert J. Swan,* for appellee.

*Messrs. Day, Ketterer, Raley, Wright & Rybolt* and *Mr. John F. Buchman,* for appellant.

*Per Curiam.* Since it was admitted in open court that plaintiff would be permitted to make or have prepared a photostatic copy of her complete hospital record, the case has become moot.

*Appeal dismissed.*

TAFT, C. J., ZIMMERMAN, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.

MATTHIAS, J., dissents.